# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| BRENDA JACKSON and SHERRI LISIECKI,<br>        Plaintiffs,<br>    v.<br>RACINE COUNTY,<br>        Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 02-CV-936 |

[X]     Decision by Court. This action came for consideration before the Court.

    IT IS ORDERED AND ADJUDGED
    that plaintiffs' complaint and this action are DISMISSED.


                                        SOFRON B. NEDILSKY
                                      Clerk of Court

September 19, 2005                 s/ V. Kelly Barton Terry
Date                                                (By) Deputy Clerk


                                        Approved this 19th day of September, 2005.


                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge